IN THE UNITED DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| Select Financial, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | C/A No. 7:05-2647-GRA |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | (Written Opinion) |
| Penland Financial Services, Inc., | ) | |
| Charles Penland and Penco, Inc., | ) | |
| | ) | |
| Defendants. | ) | |

On March 26, 2007, this Court issued its Order appointing Jean Bradley as Guardian ad Litem for the Defendant. Charles Penland is also the owner of the Defendant Penland Financial Services, Inc.

This Order is to provide notice to all persons and entities that Jean Bradley is authorized to receive any and all information concerning Charles Penland or Penland Financial Services, Inc. She is entitled to possession of any documents or other evidence she requests and is entitled to full cooperation as would be afforded Charles Penland himself.

**IT IS SO ORDERED**.

_____
G. ROSS ANDERSON, JR.
UNITED STATES DISTRICT JUDGE

April 13, 2007

Anderson, South Carolina