UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| Select Financial Services, LLC, | ) | C/A No.: 7:05-cv-2647-GRA |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | (Written Opinion) |
| v. | ) | |
| | ) | |
| Penland Financial Services, Inc., | ) | |
| Charles Penland and Penco, Inc. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

This matter is before the Court upon the Defendant's motion for recusal and the plaintiff's request for a hearing. On March 26, 2009, the defendant appealed a ruling of this Court to the Fourth Circuit Court of Appeals. Accordingly, this case is stayed until that matter is resolved. Additionally, the defendant's Motion with Recusal is without merit.

As noted by the Court in its last Order, the parties are not to file motions with this Court while this case is stayed. Continued violations of this Order will result in the imposition of sanctions to the fullest extent allowed by the law.

IT IS SO ORDERED.

*[signature]*

G. ROSS ANDERSON, JR.
UNITED STATES DISTRICT JUDGE

Anderson, South Carolina

May 7, 2009