AO450 - Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### SPARTANBURG DIVISION

Select Financial LLC

    vs.

Penland Financial Services Inc.,
and Charles Penland

**JUDGMENT IN A CIVIL CASE**

Case Number: 7:05cv02647

■     **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered. The Court has directed verdict in the amount of one million two hundred and six thousand two hundred and eighty dollars and twenty-two cents ($1,206,280.22) for actual damages.

■     **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict. The jury has awarded three hundred thousand dollars ($300,000.00) for punitive damages.

**IT IS ORDERED AND ADJUDGED** that the plaintiff, Select Financial LLC, recover from the defendant, Penland Financial Services, Inc., and Charles Penland, the total amount of one million five hundred and six thousand two hundred and eighty dollars and twenty-two cents ($1,506,280.22), with interest at the rate of 0.27 percent , along with costs.

LARRY W. PROPES, Clerk

BY: *[signature]*
Deputy Clerk

December 1, 2009